**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Ignacio GALICIA–CRUZ, Defendant–Appellant.**

No. 07–40307

Conference Calendar.

United States Court of Appeals, Fifth Circuit.

July 11, 2007.

James Lee Turner, U.S. Attorney's Office, Southern District of Texas, Houston, TX, for Plaintiff–Appellee.

Marjorie A. Meyers, Federal Public Defender's Office, Southern District of Texas, Houston, TX, for Defendant–Appellant.

Before JOLLY, CLEMENT, and OWEN, Circuit Judges.

PER CURIAM: *

Appealing the Judgment in a Criminal Case, Ignacio Galicia–Cruz raises arguments that are foreclosed by *United States v. Mejia–Huerta*, 480 F.3d 713, 723 (5th Cir.2007), *petition for cert. filed*, 75 U.S.L.W. 3585 (U.S. Apr. 18, 2007) (No. 06–1381), which held that the district court is not required to provide notice prior to sentencing of its *sua sponte* intention to impose a non-Guidelines sentence. The appellant's motion for summary disposition

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under

the limited circumstances set forth in 5TH CIR. R. 47.5.4.